JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MEKKA EDWARDS, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>THE COUNTY OF LOS ANGELES, et al.,<br><br>      Defendants. | Case No. CV 24-1736-MWF(MAAx)<br><br>ORDER GRANTING STIPULATION OF DISMISSAL, WITH PREJUDICE |

The Court has considered the parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 63).  For good cause shown, the Stipulation is GRANTED.  This action is DISMISSED in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 10, 2026    _____

MICHAEL W. FITZGERALD
United States District Judge